IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**DAVID GEAN**                                                                                 **PLAINTIFF**

VS.                                **CASE NO. 3:15CV00283 PSH**

**CAROLYN W. COLVIN, Acting Commissioner,**
    **Social Security Administration**                                **DEFENDANT**

**JUDGMENT**

It is CONSIDERED, ORDERED, and ADJUDGED that this case be and it hereby is dismissed with prejudice.  The relief sought is denied.

DATED this 15th day of April, 2016.

_____
UNITED STATES MAGISTRATE JUDGE